NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1589

TYPHOON TOUCH TECHNOLOGIES, INC.,

Plaintiff-Appellant,

v.

DELL, INC. and LENOVO (UNITED STATES), INC.,

Defendants-Appellees,

and

SAND DUNE VENTURES, INC.,

Defendant-Appellee,

and

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.,

Defendant-Appellee,

and

FUJITSU AMERICA, INC.
(formerly known as Fujitsu Computer Systems Corporation),

Defendant-Appellee,

and

PANASONIC CORPORATION OF NORTH AMERICA,

Defendant-Appellee,

and

APPLE, INC.,

Defendant-Appellee,

and

HTC AMERICA, INC.,

Defendant-Appellee,

and

PALM, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0546, Judge Leonard Davis.

ON MOTION

O R D E R

The appellees move for an extension of time, until March 15, 2010, to file their briefs. Typhoon Touch Technologies, Inc. opposes and moves to substitute Charles R. Wolfe, Jr. as principal counsel, to substitute Brian Wm. Higgins and Jack L. Hobaugh, Jr. as counsel, and to withdraw H. Keeto Sabharwal, Daniel Yonan and Nirav N. Desai as counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. No further extensions should be anticipated.

FOR THE COURT

**JAN 0 4 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Hemant Keeto Sabharwal, Esq.
Edward R. Reines, Esq.
Harold H. Davis, Jr., Esq.
Barton E. Showalter, Esq.
Jonathan M. James, Esq.
Michael M. Markman, Esq.
Daniel S. Ebenstein, Esq.
John Fulton, Jr., Esq.
Irfan A. Lateef, Esq.
Charles R. Wolfe, Jr., Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 4 2010

JAN HORBALY
CLERK

2009-1589                    2